STATE OF NEW JERSEY v. BERNARD SIMON.

October 14, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL RALPH CORSI.

October 14, 1980.

Petition for certification granted.

DAVID BASLOW v. VYDEC, INC.

October 14, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MICHAEL BARANY.

October 14, 1980.

Petition for certification denied.